

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

July 24, 1962

Honorable Henry Wade
District Attorney
Records Building
Dallas 2, Texas

Opinion No. WW-1393

Re: Whether a retired employee
of the Dallas County Retire-
ment System who elected to
take Option No. 1 on his re-
tirement can change his
retirement option to the
regular maximum upon the sub-
sequent death of his benefi-
ciary.

Dear Mr. Wade:

You have requested an opinion from this office con-
cerning the following fact situation:

"The Dallas County Employees Retirement
System was established January 1, 1948, in
accordance with and under authority of Article
16, Section 62, subsection b, of the Constitu-
tion of the State of Texas. The rules and regu-
lations necessary to make the system operative,
were promulgated by the Dallas County Commis-
sioners Court in consultation with and under
the direction of a fully qualified and accred-
ited practicing actuary.

"Among the rules and regulations so estab-
lished by the Court was one allowing a retiring
employee to select one of the various options
which would determine the amount of the retire-
ment benefits. Thus, a retiring employee could
select an option, whereby, for a reduced monthly
benefit, his surviving beneficiary would receive
an identical benefit as long as she or he might
live. This is known as Option One."

In connection with the fact situation set forth hereto-
fore you have posed the following question:

"May a retired employee of the Dallas County
Retirement System who elected to take Option No.
1 on his retirement June 30, 1957, change his re-
tirement option to the regular maximum upon the
death of his beneficiary in November, 1961. This

> would have the effect of substantially increas-
> ing his monthly benefits for the remainder of
> his life."

In Attorney General's Opinion No. V-158 (1947), this office held that Section 62(b) of Article XVI, Constitution of Texas, authorizing retirement and insurance programs for county employees upon a majority vote of the qualified voters of each county, was self-executing, and enabling legislation was not necessary to make it operative.  Attorney General's Opinion No. V-158 (1947) further states that:

> "The constitutional amendment . . . clearly
> indicates that each county shall have the right
> to provide for <u>and administer</u> a Retirement, Disa-
> bility and Death Compensation Fund for the appoint-
> ive officers and employees of the county, provided
> the same is authorized by a majority vote of the
> qualified voters of such county." (Emphasis added)

Pursuant to Section 62(b) of Article XVI, Constitution of Texas, the Dallas County Employees Retirement System was es- tablished and certain rules and regulations have been promulgated by the Dallas County Commissioners' Court for the administration of such retirement system.  One of such rules or regulations so promulgated is found as a part of the "Retirement Benefit Elec- tion" form upon which an employee specifies the retirement benefit option which he desires.  Such rule or regulation states that:

> ". . . After the first payment under a re-
> tirement allowance becomes normally due, the
> retired member <u>shall not have the right to change
> the selected manner of payment</u>. . . ." (Emphasis
> added)

Consequently, we are of the opinion that in view of the rule or regulation of the Dallas County Employees Retirement Sys- tem, and so long as it remains in full force and effect, an em- ployee who had elected to take Option No. 1 under the Dallas County Employees Retirement System cannot change to another manner of re- tirement benefit payment under such retirement system once such employee has commenced receiving retirement benefit payments.

## SUMMARY

Under the facts stated, an employee of the Dallas County Employees Retirement System could not change to another manner of retirement benefit payment once such employee had commenced receiving retirement benefit payments under such system.

Yours very truly,

WILL WILSON
Attorney General of Texas

By   Pat Bailey
Pat Bailey
Assistant

PB:zt:wb

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Robert Rowland
Charles Lind
Robert Patterson
Fred Ward

REVIEWED FOR THE ATTORNEY GENERAL

BY:  Leonard Passmore